# EXHIBIT B

Case Summary:

| Case Id: | 30-2025-01492210-CU-CO-CJC |
|---|---|
| Case Title: | LUGANO DIAMONDS & JEWELRY INC. VS. MORDECHAI FERDER |
| Case Type: | CONTRACT - OTHER |
| Filing Date: | 06/24/2025 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | E-FILING TRANSACTION 21672042 RECEIVED ON 06/24/2025 11:46:29 AM. | 06/25/2025 | | NV | |
| 2 | COMPLAINT (DEMAND FOR JURY TRIAL) FILED BY LUGANO DIAMONDS & JEWELRY INC. ON 06/24/2025 | 06/24/2025 | | 16 pages | ☐ |
| 3 | SUMMONS ISSUED AND FILED FILED BY LUGANO DIAMONDS & JEWELRY INC. ON 06/24/2025 | 06/24/2025 | | 1 pages | ☐ |
| 4 | CIVIL CASE COVER SHEET FILED BY LUGANO DIAMONDS & JEWELRY INC. ON 06/24/2025 | 06/24/2025 | | 2 pages | ☐ |
| 5 | PAYMENT RECEIVED BY ONELEGAL FOR 194 - COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 13641820 AND RECEIPT NUMBER 13470080. | 06/25/2025 | | 1 pages | ☐ |
| 6 | CASE ASSIGNED TO JUDICIAL OFFICER SERVINO, DEBORAH ON 06/24/2025. | 06/24/2025 | | NV | |
| 7 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 12/05/2025 AT 09:00:00 AM IN C21 AT CENTRAL JUSTICE CENTER. | 06/25/2025 | | 2 pages | ☐ |
| 8 | NOTICE OF HEARING OC | 06/25/2025 | | 3 pages | ☐ |
| 9 | E-FILING TRANSACTION 21672972 RECEIVED ON 06/25/2025 02:42:21 PM. | 06/30/2025 | | NV | |
| 10 | NOTICE OF RELATED CASE FILED ON 06/25/2025 | 06/25/2025 | | 5 pages | ☐ |
| 11 | PROPOSED ORDER RECEIVED ON 06/30/2025 | 06/30/2025 | | 3 pages | ☐ |
| 12 | E-FILING TRANSACTION 21675363 RECEIVED ON 06/30/2025 02:23:20 PM. | 06/30/2025 | | NV | |
| 13 | DECLARATION IN SUPPORT FILED BY LUGANO DIAMONDS & JEWELRY INC. ON 06/30/2025 | 06/30/2025 | | 7 pages | ☐ |
| 14 | E-FILING TRANSACTION 31676604 RECEIVED ON 06/30/2025 02:23:23 PM. | 06/30/2025 | | NV | |
| 15 | DECLARATION IN SUPPORT FILED BY LUGANO DIAMONDS & JEWELRY INC. ON 06/30/2025 | 06/30/2025 | | 21 pages | ☐ |
| 16 | E-FILING TRANSACTION 21675365 RECEIVED ON 06/30/2025 02:23:25 PM. | 06/30/2025 | | NV | |
| 17 | REQUEST FOR JUDICIAL NOTICE FILED BY LUGANO DIAMONDS & JEWELRY INC. ON 06/30/2025 | 06/30/2025 | | 144 pages | ☐ |
| 18 | E-FILING TRANSACTION 21675364 RECEIVED ON 06/30/2025 02:23:22 PM. | 07/01/2025 | | NV | |
| 19 | EX PARTE APPLICATION - OTHER FILED BY LUGANO DIAMONDS & JEWELRY INC. ON 06/30/2025 | 06/30/2025 | | 10 pages | ☐ |
| 20 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE | 07/01/2025 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
|  | AMOUNT OF 60.00, TRANSACTION NUMBER 13645129 AND RECEIPT NUMBER 13473389. |  |  |  |  |
| 21 | EX PARTE SCHEDULED FOR 07/01/2025 AT 01:30:00 PM IN C21 AT CENTRAL JUSTICE CENTER. | 07/01/2025 |  | NV |  |
| 22 | MINUTES FINALIZED FOR EX PARTE 07/01/2025 01:30:00 PM. | 07/01/2025 |  | 1 pages | ☐ |
| 23 | RELATED CASES INCLUDE: COHEN VS. LUGANO DIAMONDS & JEWELRY INC., CASE NO. 30-2025-01490111-CU-BC-NJC AND╎ KRAUS VS. LUGANO DIAMONDS & JEWELRY, INC., CASE NO. 30-2025-01490165-CU-BC-CJC. | 07/02/2025 |  | NV |  |
| 24 | THIS CASE IS REASSIGNED TO THE HONORABLE SCOTT A STEINER FOR ALL PURPOSES. | 07/02/2025 |  | NV |  |
| 25 | THE CASE MANAGEMENT CONFERENCE CURRENTLY SET ON 12/05/2025 IS ORDERED ADVANCED TO 11/13/2025 AT 09:00 AM IN N18. | 07/02/2025 |  | NV |  |
| 26 | MINUTES FINALIZED FOR CHAMBERS WORK 07/02/2025 10:35:00 AM. | 07/02/2025 |  | 1 pages | ☐ |
| 27 | MINUTES FINALIZED FOR CHAMBERS WORK 07/02/2025 10:15:00 AM. | 07/02/2025 |  | 1 pages | ☐ |
| 28 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 07/02/2025 |  | 2 pages | ☐ |
| 29 | E-FILING TRANSACTION 21675366 RECEIVED ON 06/30/2025 02:23:30 PM. | 08/04/2025 |  | NV |  |
| 30 | PROPOSED ORDER (NOT SIGNED) FILED BY THE SUPERIOR COURT OF ORANGE ON 06/30/2025 | 06/30/2025 |  | 3 pages | ☐ |
| 31 | THIS CASE IS REASSIGNED TO THE HONORABLE JONATHAN FISH FOR ALL PURPOSES. | 09/05/2025 |  | NV |  |
| 32 | RELATED CASES INCLUDE: . | 09/05/2025 |  | NV |  |
| 33 | THE CASE MANAGEMENT CONFERENCE IS RESET TO 12/01/2025 AT 09:00 AM IN THIS DEPARTMENT. | 09/05/2025 |  | NV |  |
| 34 | MINUTES FINALIZED FOR CHAMBERS WORK 09/05/2025 09:03:00 AM. | 09/05/2025 |  | 1 pages | ☐ |
| 35 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 09/05/2025 |  | 2 pages | ☐ |
| 36 | E-FILING TRANSACTION 31713382 RECEIVED ON 09/09/2025 02:31:53 PM. | 09/09/2025 |  | NV |  |
| 37 | NOTICE AND ACKNOWLEDGMENT OF RECEIPT FILED BY LUGANO DIAMONDS & JEWELRY INC. ON 09/09/2025 | 09/09/2025 |  | 1 pages | ☐ |
| 38 | E-FILING TRANSACTION 31741152 RECEIVED ON 10/29/2025 02:18:51 PM. | 10/29/2025 |  | NV |  |
| 39 | NOTICE OF RELATED CASE (SERVICE COPY) FILED ON 10/29/2025 | 10/29/2025 |  | 3 pages | ☐ |
| 40 | MINUTES FINALIZED FOR CHAMBERS WORK 11/13/2025 09:44:00 AM. | 11/13/2025 |  | 1 pages | ☐ |
| 41 | E-FILING TRANSACTION 11578470 RECEIVED ON 11/13/2025 02:50:32 PM. | 11/13/2025 |  | NV |  |
| 42 | CASE MANAGEMENT STATEMENT FILED BY WHITE MOUNTAIN CAPITAL INC. ON 11/13/2025 | 11/13/2025 |  | 13 pages | ☐ |
| 43 | E-FILING TRANSACTION 41930317 RECEIVED ON 11/14/2025 06:55:39 PM. | 11/14/2025 |  | NV |  |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 44 | CASE MANAGEMENT STATEMENT FILED BY LUGANO DIAMONDS & JEWELRY INC. ON 11/14/2025 | 11/14/2025 | | 12 pages | ☐ |
| 45 | E-FILING TRANSACTION 41930340 RECEIVED ON 11/14/2025 08:26:03 PM. | 11/14/2025 | | NV | |
| 46 | NOTICE OF ERRATA FILED BY FERDER, MORDECHAI; MORDECHAI FERDER, TRUSTEE OF THE HAIM FAMILY TRUST ON 11/14/2025 | 11/14/2025 | | 3 pages | ☐ |
| 47 | E-FILING TRANSACTION 31754047 RECEIVED ON 11/21/2025 09:35:57 AM. | 11/21/2025 | | NV | |
| 48 | NOTICE - OTHER (APPEARANCE OF COUNSEL) FILED BY LUGANO DIAMONDS & JEWELRY INC. ON 11/21/2025 | 11/21/2025 | | 3 pages | ☐ |
| 49 | E-FILING TRANSACTION NUMBER 11583248 REJECTED. | 11/26/2025 | | 1 pages | ☐ |
| 50 | E-FILING TRANSACTION 11585497 RECEIVED ON 11/26/2025 03:03:38 PM. | 11/26/2025 | | NV | |
| 51 | NOTICE - OTHER FILED BY LUGANO DIAMONDS & JEWELRY INC. ON 11/26/2025 | 11/26/2025 | | 4 pages | ☐ |
| 52 | E-FILING TRANSACTION 11585545 RECEIVED ON 11/26/2025 03:29:50 PM. | 12/01/2025 | | NV | |
| 53 | AMENDED COMPLAINT (FIRST) FILED BY LUGANO DIAMONDS & JEWELRY INC. ON 11/26/2025 | 11/26/2025 | | 23 pages | ☐ |
| 54 | CASE MANAGEMENT CONFERENCE CONTINUED TO 12/15/2025 AT 09:00 AM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 12/01/2025 | | NV | |
| 55 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 12/01/2025 09:00:00 AM. | 12/02/2025 | | 1 pages | ☐ |
| 56 | E-FILING TRANSACTION 11587184 RECEIVED ON 12/02/2025 03:42:28 PM. | 12/05/2025 | | NV | |
| 57 | SUMMONS ISSUED AND FILED FILED BY LUGANO DIAMONDS & JEWELRY INC. ON 12/02/2025 | 12/02/2025 | | 2 pages | ☐ |
| 58 | THE CASE MANAGEMENT CONFERENCE IS RESET TO 12/15/2025 AT 11:00 AM IN THIS DEPARTMENT. | 12/12/2025 | | NV | |
| 59 | MINUTES FINALIZED FOR CHAMBERS WORK 12/12/2025 02:05:00 PM. | 12/12/2025 | | 1 pages | ☐ |
| 60 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 12/12/2025 | | 2 pages | ☐ |
| 61 | THE CASE MANAGEMENT CONFERENCE IS SCHEDULED FOR 01/12/2026 AT 01:30 PM IN DEPARTMENT C11. | 12/15/2025 | | NV | |
| 62 | THE ORDER TO SHOW CAUSE IS SCHEDULED FOR 01/12/2026 AT 01:30 PM IN DEPARTMENT . | 12/15/2025 | | NV | |
| 63 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 12/15/2025 11:00:00 AM. | 12/17/2025 | | 2 pages | ☐ |
| 64 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 12/17/2025 | | 2 pages | ☐ |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| BARNES & THORNBURG LLP | ATTORNEY | | 12/01/2025 | |
| MORDECHAI FERDER | DEFENDANT | | 06/25/2025 | |
| VAD & COMPANY, INC. | DEFENDANT | | 12/01/2025 | |
| LUGANO DIAMONDS & JEWELRY INC. | PLAINTIFF | | 06/25/2025 | |
| YASSIN LAW, APC | ATTORNEY | | 10/29/2025 | |
| MORDECHAI FERDER, AN INDIVIDUAL ACTING | DEFENDANT | | 12/01/2025 | |
| WHITE MOUNTAIN CAPITAL INC. | INTERESTED PARTY | | 10/29/2025 | |
| BROWN NERI SMITH & KHAN LLP | ATTORNEY | | 06/25/2025 | |
| MORDECHAI FERDER, TRUSTEE OF THE HAIM | DEFENDANT | | 06/25/2025 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|
| CASE MANAGEMENT CONFERENCE | 01/12/2026 | 01:30 | C11 | FISH |
| ORDER TO SHOW CAUSE | 01/12/2026 | 01:30 | C11 | FISH |

Print this page