GARRETT S. LLEWELLYN (SBN 267427)
garrett.llewellyn@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone: (310) 284-3880
Facsimile:  (310) 284-3894

*Attorneys for Plaintiff*
*Lugano Diamonds & Jewelry Inc., by and*
*through the Special Committee of the Board*
*of Directors of Lugano Diamonds & Jewelry Inc.*

Amjad M. Khan (SBN 237325)
*amjad@bnsklaw.com*
Arun S. Avva (SBN 354481)
*arun@bnsklaw.com*
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
T: (310) 593-9890
F: (310) 593-9980

*Attorneys for Plaintiff*
*Lugano Diamonds & Jewelry Inc.,*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUGANO DIAMONDS & JEWELRY INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MORDECHAI FERDER, an individual acting on his own behalf, and in his capacity as Trustee of the Haim Family Trust; VAD & COMPANY, INC., a Florida corporation; and DOES 1-50,<br><br>Defendants. | Case No. 2:25-cv-12108<br><br>**PLAINTIFF LUGANO DIAMONDS & JEWELRY INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>*Removed from Superior Court of California, Orange County, Case No. 30-2025-01492210-CU-CO-CJC* |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1 and Central District of California Local Rule 7.1, Plaintiff Lugano Diamonds & Jewelry Inc.'s Notice of Interested Parties and Corporate Disclosure Statement ("Lugano Diamonds") hereby provides the following Notice of Interested Parties and Corporate Disclosure Statement:

## CORPORATE DISCLOSURE STATEMENT

Lugano Diamonds is an indirect subsidiary of Lugano Holdings, Inc., a Delaware corporation. Lugano Holding, Inc. is 59.9% owned (55.0% on a fully diluted basis) by Compass Diversified Holdings, which is publicly traded on the New York Stock Exchange under the symbol "CODI".

## NOTICE OF INTERESTED PARTIES

The undersigned, counsel of record for Plaintiff, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection / Interest |
|---|---|
| LUGANO DIAMONDS & JEWELRY INC., | Plaintiff |
| MORDECHAI FERDER | Defendant |
| Haim Family Trust | Third Party |
| VAD & COMPANY, INC. | Defendant |

Additional potentially interested parties are identified and set forth in detail in the matter of *In re Lugano Diamonds & Jewelry Inc., et al.*, Case No. 25-12055-BLS, in the United States Bankruptcy Court for the District of Delaware (the "Chapter 11 Case").

Dated: December 22, 2025

**BARNES & THORNBURG LLP**

By:/s/ *Garrett S. Llewellyn*
Garrett S. Llewellyn

Attorneys for Plaintiff
*Lugano Diamonds & Jewelry Inc., by and through the Special Committee of the Board of Directors of Lugano Diamonds & Jewelry Inc.*