| | |
|---|---|
| 1 | GARRETT S. LLEWELLYN (SBN 267427) |
| 2 | garrett.llewellyn@btlaw.com |
|   | **BARNES & THORNBURG LLP** |
| 3 | 2029 Century Park East, Suite 300 |
|   | Los Angeles, California  90067 |
| 4 | Telephone: (310) 284-3880 |
| 5 | Facsimile:  (310) 284-3894 |
| 6 | *Attorneys for Plaintiff* |
|   | *Lugano Diamonds & Jewelry Inc., by and* |
| 7 | *through the Special Committee of the Board* |
|   | *of Directors of Lugano Diamonds & Jewelry Inc* |
| 8 | |
| 9 | Amjad M. Khan (SBN 237325) |
|   | *amjad@bnsklaw.com* |
| 10 | Arun S. Avva (SBN 354481) |
|   | *arun@bnsklaw.com* |
| 11 | **BROWN NERI SMITH & KHAN LLP** |
|   | 11601 Wilshire Boulevard, Suite 2080 |
| 12 | Los Angeles, California 90025 |
|   | T: (310) 593-9890 |
| 13 | F: (310) 593-9980 |
| 14 | |
| 15 | *Attorneys for Plaintiff* |
|   | *Lugano Diamonds & Jewelry Inc..* |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUGANO DIAMONDS & JEWELRY INC., a California corporation, | Case No. 2:25-cv-12108 |
| Plaintiff, | **PLAINTIFF LUGANO DIAMONDS & JEWELRY INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS [L.R. 83-1.4]** |
| vs. | |
| MORDECHAI FERDER, an individual acting on his own behalf, and in his capacity as Trustee of the Haim Family Trust; VAD & COMPANY, INC., a Florida corporation; and DOES 1-50, | *Removed from Superior Court of California, Orange County, Case No. 30-2025-01492210-CU-CO-CJC* |
| Defendants. | |

Pursuant to Central District of California Local Rule 83-1.4, Plaintiff Lugano Diamonds & Jewelry Inc. ("Lugano"), hereby notifies the Court that the present action involves all or a material part of the subject matter of the following other actions and proceedings in the United States Bankruptcy Court for the District of Delaware, the Superior Court of California, County of Orange, and the United States District Court for the Central District of California:

1. *In re Lugano Diamonds & Jewelry Inc., et al.*, Case No. 25-12055-BLS, in the United States Bankruptcy Court for the District of Delaware (the "Chapter 11 Case");

2. *Arvielo Family Trust v. Lugano Diamonds & Jewelry Inc.*, Case No., in the Superior Court of California, County of Orange;

3. *Aronoff vs. Ferder*, Case No. 30-2025-01490509, in the Superior Court of California, County of Orange;

4. *Avina LLC. vs. Lugano Diamonds & Jewelry Inc.*, Case No. 30-2025-01495834, in the Superior Court of California, County of Orange;

5. *Champion Force Industrial Ltd. v. Lugano Diamonds & Jewelry Inc.*, Case No. 30-2025-01499613-CU-BC-CJC, in the Superior Court of California, County of Orange;

6. *Cohen vs. Lugano Diamonds & Jewelry Inc.*, Case No. 30-2025-01490111, in the Superior Court of California, County of Orange;

7. *Gadol vs. Ferder*, Case No. 30-2025-01488102, in the Superior Court of California, County of Orange;

8. *Kraus vs. Lugano Diamonds & Jewelry Inc.*, Case No. 30-2025-01490165, in the Superior Court of California, County of Orange; and

9. *N.B.S. Diamonds Inc. v. Lugano Diamonds & Jewelry Inc.,* Case No. 30-2025-01494948-CU-BC-CJC, in the Superior Court of California, County of Orange;

10. *White Mountain Capital, Inc. v. Lugano Diamonds & Jewelry, Inc.*, Case No. TC25-9279 in the Superior Court of California, County of Orange;

11. *Hazen v. Lugano Diamonds & Jewelry Inc.* 8:25-cv-01931 in the United States District Court for the Central District of California;

12. *Luminaire, LLC v. Lugano Diamonds & Jewelry Inc.*, 8:25-cv-2048 in the United States District Court for the Central District of California;

13. *Sydney Holdings Limited v. Lugano Diamonds & Jewelry Inc.*, Case No. 8:25-cv-1879 in the United States District Court for the Central District of California; and

14. *Winters v. Lugano Diamonds & Jewelry, Inc.*, Case No. 8:25-cv-1202 in the United States District Court for the Central District of California;

On November 16, 2025, Lugano and its affiliated debtors (collectively, the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code, commencing cases that are being jointly administered under the caption: *In re Lugano Diamonds & Jewelry Inc., et al.*, Case No. 25-12055-BLS, in the United States Bankruptcy Court for the District of Delaware (the "Chapter 11 Cases"). At the time the Debtors commenced the Chapter 11 Cases, the above-captioned action was pending in the *Superior Court of California, Orange County,* Case No. 30-2025-01492210-CU-CO-CJC (the "State Court Action").

On December 22, 2025, Lugano filed a notice of removal of the State Court Action with this Court pursuant to Rule 9027 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. §§ 1334 and 1452. (Dkt. No 1.) As set forth in its Notice of Removal, Lugano intends to file a motion to transfer this action to the District of Delaware ("Motion to Transfer") following the required Local Rule 7-3 conference of counsel.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 22, 2025 | **BARNES & THORNBURG LLP** |
| 3 | | |
| 4 | | By:/s/ *Garrett S. Llewellyn* |
| | | Garrett S. Llewellyn |
| 5 | | |
| 6 | | Attorneys for Plaintiff |
| | | *Lugano Diamonds & Jewelry Inc.,* |
| 7 | | *by and through the Special* |
| | | *Committee of the Board of* |
| 8 | | *Directors of Lugano Diamonds &* |
| | | *Jewelry Inc.* |