# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUGANO DIAMONDS AND JEWELRY, INC.<br><br>PLAINTIFF(S),<br><br>v.<br><br>MORDECHAI FERDER, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−12108<br><br><br>**NOTICE OF INTRA-DISTRICT<br>TRANSFER BY CLERK OF COURT** |

To: All Counsel Appearing of Record

    Due to clerical error, this case was improperly assigned to the ___ Division of this District. Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, this case is hereby transferred to the ___ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the __Southern__ Division.

    This case has been reassigned to case number __8:25−cv−02845−MRA (JDEx)__ and has been assigned to __Judge Monica Ramirez Almadani__ for all further proceedings.

    Any matters that are or may be referred to a Magistrate Judge are hereby assigned to __Magistrate Judge John D. Early__ for:

    X any discovery and/or post-judgment matters that may be referred.

    ___ for all proceedings in accordance with General Order 05-07.

    All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows: __8:25−cv−02845−MRA (JDEx)__. Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

    **Please be advised that no further filings may be made under case number __2:25−cv−12108__. Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

                                                                         Clerk, U.S. District Court

                                                                         By: __/s/ Estrella Liberato__
                                                                           __Estrella_Liberato@cacd.uscourts.gov__
                                                                           Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*

G−73 (06/23)    NOTICE OF INTRA−DISTRICT TRANSFER BY CLERK OF COURT