Sandford Frey (State Bar Number 117058)
sandford.frey@stinson.com
Dennette A. Mulvaney (State Bar Number 133423)
dennette.mulvaney@stinson.com
STINSON LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, California 90067
Telephone: 310.730.7020
Facsimile: 310.730.7019

Attorneys for Defendant MORDECHAI FERDER, an individual acting on his own behalf, and in his capacity as Trustee of the Haim Family Trust

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| LUGANO DIAMONDS & JEWELRY INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MORDECHAI FERDER, an individual acting on his own behalf, and in his capacity as Trustee of the Haim Family Trust; VAD & COMPANY, INC., a Florida corporation; and DOES 1-50,<br><br>Defendants. | Case No. 8:25-cv-02845-MRA (JDEx)<br><br>Assigned for All Purposes to:<br>Hon. Monica Ramirez Almadani<br>Dept. 9B<br><br>STATEMENT OF DEFENDANT MORDECHAI FERDER, INDIVIDUALLY AND IN HIS CAPACITY AS TRUSTEE OF THE HAIM FAMILY TRUST PURSUANT TO BANKRUPTCY RULE 9027(e)(3)<br><br>*Removed from Superior Court of California, Orange County, Case No. 30-2025-01492210-CU-CO-CJC ("Removed Action")* |

Defendant, Mordechai Ferder, an individual, and in his capacity as Trustee of the Haim Family Trust ("**Ferder**") has not yet filed his responsive pleading in the Removed Action because counsel for Plaintiff Lugano Diamonds agreed on the record at the December 15, 2025 Case Management Conference in this matter that no responsive pleading was due or would be due until after counsel meet and confer

as to a new response date[1]. Counsel have agreed to conduct that meet and confer tomorrow, January 6, 2026. However, out of abundance of caution, Ferder files this Statement today pursuant to Rules 9027(e)(3) and 9011of the Federal Rules of Bankruptcy Procedure. Without consenting to the jurisdiction of the Federal Courts, Ferder hereby admits that the Removed Action is noncore and does not consent to entry of final orders and judgment by the United States Bankruptcy Court.

Dated: January 5, 2026        STINSON LLP

By: /s/ Sandford L. Frey
_____
Sandford L. Frey

Attorneys for Defendant MORDECHAI FERDER, an individual acting on his own behalf, and in his capacity as Trustee of the Haim Family Trust

---

[1] A transcript of the December 15, 2025 hearing is available upon request.

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, California 90067.

On January 5, 2026, I served the following documents in the manner described below:

**STATEMENT OF DEFENDANT MORDECHAI FERDER, INDIVIDUALLY AND IN HIS CAPACITY AS TRUSTEE OF THE HAIM FAMILY TRUST PURSUANT TO BANKRUPTCY RULE 9027(E)(3)**

☑   (BY U.S. MAIL)  I am personally and readily familiar with the business practice of Stinson LLP for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Los Angeles, California.

☑   (Federal) I declare that I am employed in the office of a member of the bar of this Court at who's direct the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 5, 2026, at Los Angeles, California.

*Lydia Moya*
_____
Lydia Moya

**SERVICE LIST**

| | |
|---|---|
| GARRETT S. LLEWELLYN<br>BARNES & THORNBURG LLP<br>2029 Century Park East, Suite 300<br>Los Angeles, California 90067 | Attorneys for Lugano Diamonds & Jewelry Inc., by and through the Special Committee of the Board of Directors of Lugano Diamonds & Jewelry Inc |
| BROWN NERI SMITH & KHAN LLP<br>11601 Wilshire Blvd., Suite 2080<br>Los Angeles, CA 90025 | Attorneys for Lugano Diamonds & Jewelry Inc. |
| Nguyen, Van<br>VAD & Company, Inc.<br>1925 Prospect Avenue, #100<br>Orlando, FL 32814 | Registered Agent |
| VAD & Company, Inc.<br>114 Baytree Court<br>Winter Springs, FL 32708 | |
| Jeffrey Reeves<br>Reeves & Weiss, LLP<br>3333 Michelson Drive, Suite 300<br>Irvine, CA 92612 | Attorney for Mordechai Ferder<br>(Courtesy copy) |