Amjad M. Khan (SBN 237325)
 amjad@bnsklaw.com
Jackie K. M. Levien (SBN 301239)
 jackie@bnsklaw.com
Arun S. Avva (SBN 354481)
 arun@bnsklaw.com
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
T: (310) 593-9890
F: (310) 593-9980

*Attorneys for Plaintiff Lugano Diamonds & Jewelry Inc.*

Garrett Llewellyn (SBN 267427)
 garrett.llewellyn@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067-2904
T: (310) 284-3880
F: (310) 284-3894

*Attorneys for Plaintiff Lugano Diamonds & Jewelry Inc., by and through the Special Committee of the Board of Directors of Lugano Diamonds*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| LUGANO DIAMONDS & JEWELRY INC., a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>MORDECHAI FERDER, an individual acting on his own behalf, and in his capacity as Trustee of the Haim Family Trust; VAD & COMPANY, INC., a Florida corporation; and DOES 1–50;<br><br>   Defendants. | Case No.  8:25-cv-02845-MRA (JDEx)<br><br>Assigned for all purposes to:<br>Hon. Monica Ramirez Almadani<br>Dept. 9B<br><br>**STATEMENT OF COUNSEL FOR PLAINTIFF** |

1  Amjad M. Khan, co-counsel for Plaintiff Lugano Diamonds & Jewelry Inc., notes, without
2  taking a position and solely out of an abundance of caution, that Mr. Khan has a prior professional
3  relationship with Judge Almadani, and Judge Almadani may wish to consider whether recusal and
4  reassignment of this case are appropriate considering this prior relationship.

Dated: January 12, 2026                    **BROWN, NERI, SMITH & KHAN LLP**

By ___/s/ *Jackie K. M. Levien*_____
      Jackie K. M. Levien
*Attorneys for Plaintiff Lugano Diamonds & Jewelry Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for Central District of California, using the CM/ECF system on January 12, 2026.

I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on January 12, 2026, at Westminster, California.

*Kaitlyn Alexander*
Kaitlyn Alexander