1  Jeffrey H. Reeves (SBN 156648)
   jreeves@reevesandweiss.com
2  Daniel L. Weiss (SBN 242022)
   dweiss@reevesandweiss.com
3  REEVES & WEISS LLP
   3333 Michelson Drive, Suite 300
4  Irvine, CA 92612
   Telephone: (949) 200-7790
5

6  Attorneys for Defendant MORDECHAI
   FERDER, an individual acting on his own behalf,
7  and in his capacity as Trustee of the Haim Family
   Trust
8

9                  **UNITED STATES DISTRICT COURT**

10                 **CENTRAL DISTRICT OF CALIFORNIA**

11                 **(SOUTHERN DIVISION - SANTA ANA)**

12

13  LUGANO DIAMONDS & JEWELRY INC., a      Case No. 8:25-cv-02845-FWS-JDE
    California corporation,
14                                          [Assigned to the Honorable Fred W. Slaughter]
                   Plaintiff,
15                                          **FIRST STIPULATION RE: RESPONSIVE**
                   vs.                      **PLEADING DEADLINE FOR**
16                                          **DEFENDANT MORDECHAI FERDER**
    MORDECHAI FERDER, an individual acting  **AND BRIEFING SCHEDULE FOR**
17  on his own behalf, and in his capacity as Trustee  **MOTIONS TO TRANSFER AND**
    of the Haim Family Trust; VAD &         **REMAND**
18  COMPANY, INC., a Florida corporation; and
    DOES 1-50,
19                                          Pursuant to L.R. 7-1 and 52-4.1
                   Defendants.
20

21

22

23

24

25

26

27

28

                                    1

**TO THE HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE:**

Plaintiff Lugano Diamonds & Jewelry, Inc. and Defendant Mordechai Ferder, an individual acting on his own behalf and in his capacity as Trustee of the Haim Family Trust (collectively, the "Parties"), stipulate (the "Stipulation") as follows:

## RECITALS

A.     Lugano originally brought its complaint in the above-captioned matter (the "Complaint") in Orange County Superior Court, the Honorable Jonathan Fish, presiding, on June 24, 2025, then filed its First Amended Complaint (the "Amended Complaint") in the same court on November 26, 2025.

B.     Mr. Ferder accepted service of the Complaint effective September 4, 2025.

C.     On November 16, 2025, Lugano filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code initiating a bankruptcy proceeding in the United States Bankruptcy Court, District of Delaware (*In re Lugano Diamonds & Jewelry, Inc., et al.*, Case No. 25-12055 (BLS), Hon. Brendan Shannon (Dept. 1)).

D.     At the Case Management Conference involving this case and related cases before Judge Fish conducted in Orange County Superior Court on December 15, 2025 (the "CMC"), Lugano's counsel made known his client's intention to remove this case to federal court in light of Lugano's bankruptcy filing.

E.     At the time of the CMC, Mr. Ferder's response to the Amended Complaint was due December 23, 2025. Lugano's counsel stipulated on the record at the CMC he was willing to meet and confer regarding a new deadline for such responsive pleading given the imminent removal of the matter.

F.     Lugano removed this case to the United States District Court  on December 22, 2025 (Dkt. 1), and the case was reassigned to this courtroom, the Honorable Fred W. Slaughter, presiding, on January 15, 2026 (Dkt. 13).

G.     Lugano and Mr. Ferder each intend to file motions for relief in this matter. More specifically, Lugano intends to move to transfer the case to the United States Bankruptcy Court for the District of Delaware (the "Motion to Transfer"), and Mr. Ferder intends to file a motion to remand this case back to Orange County Superior Court (the "Remand Motion"), and a motion seeking relief from the automatic stay (the "Relief from Stay Motion").

H.     Pursuant to their obligations under Central District Local Rule 7-3, the Parties met and conferred on January 6 and 14, 2026 regarding these prospective motions. The Parties have reached an impasse on the merits of the motions, but have mutually agreed to the below briefing schedule for presenting their respective motions to the Court.

I.     During these conferences, the Parties also reached an agreement as to the deadline for Mr. Ferder to file and serve his pleadings in response to the Amended Complaint.

J.     Therefore, the Parties agree to, and jointly seek an order from this Court approving, the following schedule.

## STIPULATION

Based on the foregoing, the Parties stipulate as follows:

1.     Lugano shall file its Motion to Transfer on or before January 27, 2026;

2.     Mr. Ferder shall file his Remand Motion and his Relief from Stay Motion on or before January 27, 2026;

3.     Each party shall file memoranda in opposition, if any, to the respective motions on or before February 17, 2026;

4.     Each party shall file replies to the respective memoranda in opposition, if any, on or before March 3, 2026;

5.     Mr. Ferder shall file and serve his responsive pleading to the Amended Complaint on or before March 6, 2026.

Reeves & Weiss LLP

1   DATED: January 16, 2026          REEVES & WEISS LLP

2

3

4                                    By: _____

5                                       Jeffrey H. Reeves
                                        Daniel L. Weiss
6                                       Attorneys for Defendant Mordechai Ferder

7

8   DATED: January 16, 2026          BROWN, NERI, SMITH & KHAN LLP

9

10

11                                   By: _____/s/ Amjad Khan_____

12                                      Amjad Khan
                                        Attorneys for Plaintiff Lugano Diamonds
                                        & Jewelry, Inc.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*FIRST STIPULATION TO EXTEND TIME FOR DEFENDANT MORDECHAI FERDER TO RESPOND TO COMPLAINT*

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jeffrey H. Reeves, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

_____

Jeffrey H. Reeves