Jeffrey H. Reeves (SBN 156648)
jreeves@reevesandweiss.com
Daniel L. Weiss (SBN 242022)
dweiss@reevesandweiss.com
REEVES & WEISS LLP
3333 Michelson Drive, Suite 300
Irvine, CA 92612
Telephone: (949) 200-7790

Attorneys for Defendant MORDECHAI FERDER, an individual acting on his own behalf, and in his capacity as Trustee of the Haim Family Trust

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (SOUTHERN DIVISION - SANTA ANA)

| | |
|---|---|
| LUGANO DIAMONDS & JEWELRY INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MORDECHAI FERDER, an individual acting on his own behalf, and in his capacity as Trustee of the Haim Family Trust; VAD & COMPANY, INC., a Florida corporation; and DOES 1-50,<br><br>Defendants. | Case No. 8:25-cv-02845-FWS-JDE<br><br>[Assigned to the Honorable Fred W. Slaughter]<br><br>**ORDER RE FIRST STIPULATION RE: RESPONSIVE PLEADING DEADLINE FOR DEFENDANT MORDECHAI FERDER AND BRIEFING SCHEDULE FOR MOTIONS TO TRANSFER AND REMAND**<br><br>Pursuant to L.R. 7-1 and 52-4.1 |

Having reviewed and considered the *First Stipulation re: Responsive Pleading Deadline for Defendant Mordechai Ferder and Briefing Schedule for Motions to Transfer and Remand* ("First Stipulation"), between Plaintiff Lugano Diamonds & Jewelry, Inc. and Defendant Mordechai Ferder, the files and records of the case, the applicable law, and for the good cause demonstrated in the First Stipulation, the court APPROVES the First Stipulation and ORDERS the following:

1. Lugano shall file its Motion to Transfer on or before January 27, 2026;

2. Mr. Ferder shall file his Remand Motion and his Relief from Stay Motion on or before January 27, 2026;

3. Each party shall file memoranda in opposition, if any, to the respective motions on or before February 17, 2026;

4. Each party shall file replies to the respective memoranda in opposition, if any, on or before March 3, 2026;

5. Mr. Ferder shall file and serve his responsive pleading to the Amended Complaint on or before March 6, 2026.

**IT IS SO ORDERED.**

Dated: _____           _____
                                 Hon. Fred W. Slaughter
                                 UNITED STATES DISTRICT JUDGE