NOTE: CHANGES MADE BY COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| LUGANO DIAMONDS & JEWELRY INC., a California corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MORDECHAI FERDER, an individual acting on his own behalf, and in his capacity as Trustee of the Haim Family Trust; VAD & COMPANY, INC., a Florida corporation; and DOES 1-50,<br><br>　　　　　　　　　Defendants. | Case No. 8:25-cv-02845-FWS-JDE<br><br>**ORDER RE FIRST STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE FOR DEFENDANT MORDECHAI FERDER AND BRIEFING SCHEDULE FOR MOTIONS TO TRANSFER AND REMAND [16]**<br><br>Assigned to Hon. Fred W. Slaughter |

///

///

///

Having reviewed and considered the First Stipulation regarding Responsive Pleading Deadline for Defendant Mordechai Ferder and Briefing Schedule for Motions to Transfer and Remand, (Dkt. 16 ("Stipulation")), between Plaintiff Lugano Diamonds & Jewelry, Inc., and Defendant Mordechai Ferder, the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

1. Plaintiff shall file any motion to transfer ("Plaintiff's Motion") on or before **January 27, 2026**;
2. Defendant shall file any motion to remand and motion for relief from stay ("Defendant's Motions") on or before **January 27, 2026**
3. Plaintiff shall file any opposition to Defendant's Motions on or before **February 17, 2026**;
4. Defendant shall file any opposition to Plaintiff's Motion on or before **February 17, 2026**;
5. Plaintiff shall file Plaintiff's reply in support of Plaintiff's Motion on or before **March 3, 2026**;
6. Defendant shall file Defendant's reply in support of Defendant's Motions on or before **March 3, 2026**;
7. Defendant shall file and serve his responsive pleading to the Amended Complaint on or before **March 6, 2026**; and

///
///
///

8. The in-person hearing on Plaintiff's Motion and Defendant's Motions will be set for **March 19, 2026, in Courtroom 10D**.

**IT IS SO ORDERED**.

Dated: January 20, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

3