Amjad M. Khan (SBN 237325)
 amjad@bnsklaw.com
Jackie K. M. Levien (SBN 301239)
 jackie@bnsklaw.com
Arun S. Avva (SBN 354481)
 arun@bnsklaw.com
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
T: (310) 593-9890
F: (310) 593-9980

*Attorneys for Plaintiff Lugano Diamonds & Jewelry Inc.*

Garrett Llewellyn (SBN 267427)
 garrett.llewellyn@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067-2904
T: (310) 284-3880
F: (310) 284-3894

*Attorneys for Plaintiff Lugano Diamonds & Jewelry Inc., by and through the Special Committee of the Board of Directors of Lugano Diamonds*
.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(SOUTHERN DIVISION – SANTA ANA)**

| | |
|---|---|
| LUGANO DIAMONDS & JEWELRY INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>MORDECHAI FERDER, an individual acting on his own behalf, and in his capacity as Trustee of the Haim Family Trust; VAD & COMPANY, INC., a Florida corporation; and DOES 1–50;<br><br>        Defendants. | Case No.  8:25-cv-02845-MRA (JDEx)<br><br>Assigned for all purposes to:<br>Hon. Fred W. Slaughter<br>Dept. 10D<br><br>**DECLARATION OF JACKIE K. M. LEVIEN IN RESPONSE TO OSC RE DISMISSAL FOR LACK OF PROSECUTION** |

**DECLARATION OF JACKIE K. M. LEVIEN**

I, Jackie K. M. Levien, declare as follows:

1. I am counsel for Plaintiff Lugano Diamonds & Jewelry Inc. in this matter. I make this declaration in response to the court's January 15, 2026 Order to Shows Cause re Dismissal for Lack of Prosecution (ECF No. 15). I have personal knowledge of all facts stated herein, and, if called as a witness, I could and would competently testify thereto.

2. Plaintiff filed its operative complaint, the First Amended Complaint, in Orange County Superior Court on November 26, 2025. During a December 15, 2025 case management conference, Plaintiff stated that it would file a notice of removal to remove the matter to federal court and agreed to meet and confer with Defendants with regards to their response date after the removal.

3. On December 22, 2025, Plaintiff filed its Notice of Removal.

4. Defendants informed Plaintiff that they intended to file a motion for remand. Plaintiff informed Defendants that Plaintiff intended to file a motion to transfer this matter to the District of Delaware, the district in which Plaintiff filed for bankruptcy. Plaintiff and Defendants met and conferred by telephone on January 6, 2026 and January 10, 2026 regarding the proposed motions and the date for Defendants' response to the complaint.

5. The parties agreed to a briefing schedule and a date for Defendants to file their response to the operative complaint. On January 16, 2026, the parties filed a joint stipulation and proposed order for this briefing schedule and response date. (ECF Nos. 16, 16-1). On January 20, 2026, the Court entered an order setting a briefing schedule. (ECF No. 18).

6. Separately, on January 19, 2026, Plaintiff filed a Request for Summons to serve Defendant VAD & Company, Inc. ("VAD") (ECF No. 17). On January 20, 2026, the Court issued the Summons. (ECF No. 19). Plaintiff plans to serve VAD as soon as possible.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed on January 20, 2026, in Honolulu, Hawaii.

_____
Jackie K. M. Levien

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for Central District of California, using the CM/ECF system on January 12, 2026.

I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on January 20, 2026, at Westminster, California.

*Kaitlyn Alexander*
Kaitlyn Alexander