Jeffrey H. Reeves (SBN 156648)
jreeves@reevesandweiss.com
Daniel L. Weiss (SBN 242022)
dweiss@reevesandweiss.com
REEVES & WEISS LLP
3333 Michelson Drive, Suite 300
Irvine, CA 92612
Telephone: (949) 200-7790

Attorneys for Defendant MORDECHAI FERDER, an individual acting on his own behalf, and in his capacity as Trustee of the Haim Family Trust

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUGANO DIAMONDS & JEWELRY INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MORDECHAI FERDER, an individual acting on his own behalf, and in his capacity as Trustee of the Haim Family Trust; VAD & COMPANY, INC., a Florida corporation; and DOES 1-50,<br><br>Defendants. | Case No. 8:25-cv-02845-FWS-JDE<br><br>[Assigned to the Honorable Fred W. Slaughter]<br><br>**DECLARATION OF JEFFREY REEVES IN SUPPORT OF MOTION TO ABSTAIN FROM HEARING STATE COURT ACTION (28 U.S.C. § 1334(c)(2) (MANDATORY ABSTENTION); OR IN THE ALTERNATIVE, TO REMAND REMOVED ACTION (28 U.S.C. § 1452)**<br><br>**DATE: March 19, 2026**<br>**TIME: 10:00 a.m.**<br>**CTRM: 10D** |

I, Jeffrey Reeves, do hereby declare as follows:

1. I am an attorney, duly license to practice law in California and before all District Courts in the State of California, including this Court. I am a founding partner of Reeves & Weiss LLP, which serves as counsel for Defendant Mordechai Ferder, an individual acting on his own behalf, and in his capacity as Trustee of the Haim Family Trust ("**Mr. Ferder**") in this action. On December 22, 2025, Plaintiff, Lugano Diamonds & Jewelry, Inc. ("**Lugano**"), filed a Notice to State Court Clerk and All Parties of Removal to Federal Court before the Honorable Jonathan Fish. The case was assigned to the Honorable Mónica Ramírez Almadani, then reassigned to this Court on January 14, 2026. I submit this declaration in support of Defendant's accompanying Motion to Abstain From Hearing State Court Action (28 U.S.C. § 1334(c)(2) (Mandatory Abstention); or in the Alternative, to Remand Removed Action (28 U.S.C. § 1452) ("**Motion**"). I have personal knowledge of the matters set forth herein, except those matters where I state that my knowledge is based on information and belief, and as to those matters, I believe them to be true. If called upon as a witness to testify thereto, could and would do so competently.

2. On or about June 24, 2025, Plaintiff Lugano filed a Complaint against Mr. Ferder in the Orange County Superior Court ("**State Court Action**"), which was subsequently amended by the First Amended Complaint that Lugano filed on November 26, 2025. The State Court Action, before it was removed, was pending before the Honorable Jonathan Fish, along with six other related cases[1]. Attached

---

[1] *Bryan Gadol v. Mordechai Ferder*, Case No. 30-2025-01488102-CU-BC-CJC (stay filed by Lugano); *Raymond W. Cohen v. Lugano Diamonds & Jewelry Inc.*, Case No. 30-2025-01490111-CU-BC-CJC; *Ken Kraus v. Lugano Diamonds & Jewelry, Inc.*, Case No. 30-2025-014901065-CU-BC-CJC (stay filed by Lugano); *Barry Aronoff v. Mordechai Ferder*, Case No. 30-2025-01490509-CU-FR-CJC (stay filed by Lugano); *Lugano Diamonds & Jewelry Inc. v. Mordechai Ferder*, Case No. 30-2025-01492210-CU-CO-CJC; *Avina LLC v. Lugano Diamonds & Jewelry, Inc.*, Case No. 30-2-25-1495834-CU-FR-CJC; *The Arvielo Family Trust v. Lugano Diamonds & Jewelry Inc.*, Case No. 30-2025-01506931-CU-BC-CJC (stay filed by Lugano) (Judge Manssourian) and *Champion Force Industrial Limited v. Lugano Diamonds & Jewelry Inc.*, Case No. 30-2025-01499613-CU-BC-CJC (Stay filed by Lugano) (Judge Leal).

hereto as **Exhibit A** and incorporated herein by this reference is the First Amended Complaint.

3. Mr. Ferder was formerly the Chief Executive Officer of Lugano, and performed services for Lugano pursuant to an employment agreement. Attached hereto as **Exhibit B** and incorporated herein by this reference is the Employment Agreement between Mr. Ferder and Lugano.

4. On November 16, 2025, Lugano and several affiliates filed for protection under Chapter 11 of the United States Bankruptcy Code.[2] Attached hereto as **Exhibit C** and incorporated herein by this reference is the *Lugano Diamonds & Jewelry Inc.*, Case No. 25-12055 (BLS) Voluntary Petition for Bankruptcy.

5. On January 6 and 14, 2026, in accordance with California District Court Local Rule 7-3, I met and conferred with counsel for Lugano, Amjad Khan, via videoconference. During those conferences, I reiterated a request that I had originally made of Mr. Khan, at the December 15, 2025, Case Management Conference conducted by Judge Fish in the State Court Action, which was attended by Lugano's counsel, as well as multiple counsel for parties in the related cases. During my conversation with Mr. Khan inside Judge Fish's courtroom at the CMC, but not on the record, I asked Mr. Khan whether Lugano would agree to stipulate to relief from stay to permit Mr. Ferder to file, serve and prosecute compulsory counterclaims for the purposes set forth in the Motion. Mr. Khan gave no definitive answer at that time. During the January 6 and 14 meet and confers, I again asked Mr. Khan whether Lugano would stipulate to relief from stay so that Mr. Ferder could file his counterclaims against Lugano without fear of later being accused of having violated the automatic stay. In response, Mr. Khan shared his view that relief from stay might not be necessary under the circumstances, and he did not agree

---

[2] *Lugano Buyer, Inc.*, Case No. 25-12052 (BLS); *K.L.D. Jewelry, LLC*, Case No. 25-12053 (BLS); *Lugano Prive, LLC*, Case No. 25-12054 (BLS); *Lugano Diamonds & Jewelry Inc.*, Case No. 25-12055 (BLS); and *Lugano Holding, Inc.*, Case No. 24-12056 (BLS).

during or after these conferences that Lugano would stipulate to relief from stay. While we were unable to resolve the issues, we were able to agree on a stipulated briefing schedule to address all the issues raised by the bankruptcy filing and the removal of the State Court Action, which the Court signed on January 20, 2026 (Dkt. 18).

      6.    Concurrently with the filing of this Motion, Mr. Ferder is filing a Motion for Relief from the Automatic Stay in the Lugano bankruptcy case pending in the Delaware Bankruptcy Court.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is trust and correct.

      Executed this 27th day of January 2026 at Irvine, California.

                                              _____
                                              Jeffrey Reeves