# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUGANO DIAMONDS & JEWELRY INC., a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>MORDECHAI FERDER, an individual acting on his own behalf, and in his capacity as Trustee of the Haim Family Trust; VAD & COMPANY, INC., a Florida corporation; and DOES 1-50,<br><br>            Defendants. | Case No. 8:25-cv-02845-FWS-JDE<br><br>[Assigned to the Honorable Fred W. Slaughter]<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ABSTAIN FROM HEARING STATE COURT ACTION (28 U.S.C. § 1334(c)(2) (MANDATORY ABSTENTION); OR IN THE ALTERNATIVE, TO REMAND REMOVED ACTION (28 U.S.C. § 1452)**<br><br>**DATE: March 19, 2026**<br>**TIME: 10:00 a.m.**<br>**CTRM: 10D** |

Having reviewed and considered Defendant Mordechai Ferder's Motion to Abstain from Hearing State Court Action (28 U.S.C. § 1334(c)(2) (Mandatory Abstention); or in the Alternative, to Remand Removed Action (28 U.S.C. § 1452) (Dkt. __ ("Motion")), the opposition and replies thereto, the files and records of the case, the applicable law, and for the good cause demonstrated in the Motion, the court GRANTS the Motion and ORDERS the following:

1. This action is REMANDED to the Superior Court of the State of California for the County of Orange, Case No. 30-2025-01492210-CU-CO-CJC, the Honorable Jonathan Fish, presiding.
2. The Clerk of this Court shall send a certified copy of this Order of Remand to the Clerk of the Superior Court for the County of Orange.
3. The Clerk of this Court shall close this case file.
4. The Remand is final and not subject to appeal (28 U.S. Code § 1447(d)).
5. The state court proceedings remain suspended until the Order of Remand is filed with the state court.

Dated: _____

                                                    Hon. Fred W. Slaughter
                                                    UNITED STATES DISTRICT JUDGE