1  GARRETT S. LLEWELLYN (SBN 267427)
   garrett.llewellyn@btlaw.com
2  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
3  Los Angeles, California 90067
   Telephone: (310) 284-3880
4  Facsimile: (310) 284-3894

5  Amjad M. Khan (SBN 237325)
   amjad@bnsklaw.com
6  Arun S. Avva (SBN 354481)
   arun@bnsklaw.com
7  **BROWN NERI SMITH & KHAN LLP**
   11601 Wilshire Boulevard, Suite 2080
8  Los Angeles, California 90025
   T: (310) 593-9890
9  F: (310) 593-9980

10 *Attorneys for Plaintiff*
   *Lugano Diamonds & Jewelry Inc., by and*
11 *through the Special Committee of the Board*
   *of Directors of Lugano Diamonds and Jewelry Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUGANO DIAMONDS & JEWELRY INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MORDECHAI FERDER, an individual acting on his own behalf, and in his capacity as Trustee of the Haim Family Trust; VAD & COMPANY, INC., a Florida corporation; and DOES 1-50,<br><br>Defendants. | Case No. 8:25-cv-02845-FWS-JDE<br><br>**DECLARATION OF GARRETT S. LLEWELLYN IN SUPPORT OF PLAINTIFF LUGANO DIAMONDS & JEWELRY INC.'S MOTION TO TRANSFER TO UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**<br><br>Date: March 19, 2026<br>Time: 10:00 a.m.<br>Courtroom: 10 D<br>Judge: Hon. Fred W. Slaughter |

DECLARATION OF GARRETT S. LLEWELLYN IN SUPPORT OF PLAINTIFF'S MOTION TO TRANSFER VENUE

## DECLARATION

I, Garrett S. Llewellyn, hereby declare:

1. I am an attorney duly licensed to practice before the United States District Court for the Central District of California. I am a partner with the law firm of Barnes & Thornburg LLP, counsel for Plaintiff Lugano Diamonds & Jewelry Inc. ("Lugano") in the instant action. I submit this Declaration in support of Plaintiff's Motion to Transfer Venu. The facts set forth herein are of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of J. Michael Issa in Support of Chapter 11 Petitions and First Day Motions (the "First Day Decl.") in the matters administered under lead case: *In re Lugano Diamonds & Jewelry Inc., et al.,* Case No. 25-12055-BLS, United States Bankruptcy Court for the District of Delaware (the "Chapter 11 Cases").

3. On January 6, 2026, counsel for Plaintiff met and conferred with counsel for Defendants Mordechai Ferder (as an individual and in his capacity as Trustee) concerning Plaintiff's Motion to Transfer. Defendants' counsel advised that Defendants believed that the case belonged in California State Court (pursuant to their motion to remand), but that if that motion were to fail, the case should be transferred to the United States District Court for the District of Delaware. No remand is warranted for the reasons that will be set forth in Lugano's opposition to the motion to remand.

4. Attached hereto as Exhibit 2 is a true and correct copy of Mordechai Ferder's (individually and in his capacity as Trustee of The Haim Family Trust) Motion for Relief from the Automatic Stay filed on January 17, 2026, in *In re Lugano Diamonds & Jewelry Inc., et al.,* Case No. 25-12055-BLS in the United States Bankruptcy Court for the District of Delaware.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: January 27, 2026

**BARNES & THORNBURG LLP**

By: /s/ Garrett S. Llewellyn
Garrett S. Llewellyn

Attorneys for Plaintiff
*Lugano Diamonds & Jewelry Inc., by and through the Special Committee of the Board of Directors of Lugano Diamonds and Jewelry Inc.*