1

2                                         **NOTE: CHANGES MADE BY COURT**

3

4

5

6

7

8

9                          **UNITED STATES DISTRICT COURT**

10                         **CENTRAL DISTRICT OF CALIFORNIA**

11

12   LUGANO DIAMONDS & JEWELRY          Case No. 8:25-cv-02845-FWS-JDE
13   INC., a California corporation,
                                        **ORDER RE SECOND**
14            Plaintiff,                **STIPULATION RE: RESPONSIVE**
                                        **PLEADING DEADLINE FOR**
15            vs.                       **DEFENDANT MORDECHAI**
                                        **FERDER [24]**
16   MORDECHAI FERDER, an individual
17   acting on his own behalf, and in his
     capacity as Trustee of the Haim Family
18   Trust; VAD & COMPANY, INC., a
19   Florida corporation; and DOES 1-50,

20            Defendants.

21

22

23   ///

24   ///

25   ///

26

27

28

1

1    Having reviewed and considered the Second Stipulation re: Responsive
2    Pleading Deadline for Defendant Mordechai Ferder [24] ("Stipulation"), between
3    Plaintiff Lugano Diamonds & Jewelry, Inc. and Defendant Mordechai Ferder, the
4    files and records of the case, the applicable law, and for the good cause
5    demonstrated in the Stipulation, the court **APPROVES** the Stipulation and
6    **ORDERS** the following:

7

8        The deadline for Defendant to file and serve his responsive pleading to
9        the Complaint is **EXTENDED** to and including **March 13, 2026**.

10

11    **IT IS SO ORDERED.**

12

13

14    Dated: February 5, 2026
_____
15                                      Hon. Fred W. Slaughter
                                        UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28